UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

VS.                    NO. 4:14CR114-05-DPM

KRISTOPHER MICHAEL ANSTISS                                        DEFENDANT

## ORDER

The parties report an agreement to modify Defendant Kristopher Michael Anstiss's pretrial release conditions in lieu of the Government's pursuit of bond revocation. The proposed modification requires that Mr. Anstiss re-enter a chemical-free living program pending resolution of his case.

For good cause shown, the requested modification is granted. The revocation hearing scheduled for January 13, 2016, at 10:00 a.m. is canceled, and the motion to revoke bond (Docket entry #468) is denied as moot.

Mr. Anstiss is ordered to enter a chemical-free living program as instructed by his Pretrial Services Officer. He must remain in the chemical-free living program until resolution of his case. Any request by Mr. Anstiss for weekend passes to stay with his wife and child should be made directly to the program coordinator, without further authorization by the Court.

IT IS SO ORDERED this 13th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE